# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan M. Poland <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18045 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 6235

                                         Respectfully submitted,

                                         **/s/Denise Carlon, Esquire**
                                         Denise Carlon, Esquire
                                         Thomas Puleo, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322  FAX (215) 627-7734