Certificate Number: 03088-PAE-DE-028752155

Bankruptcy Case Number: 16-18045



03088-PAE-DE-028752155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2017, at 6:02 o'clock PM CST, Susan M Poland completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 12, 2017             By:   /s/Doug Tonne

                                      Name:  Doug Tonne

                                      Title:  Counselor