## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Susan M. Poland** | : Chapter 13 |
| | : |
| | : Bankruptcy Case No:   16-18045 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on May 22, 2017, a true and correct copy of <u>Proof of Claim # 11</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee and all interested parties.

Very truly yours,

May 22, 2017

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire