UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Susan Poland | : | |
| | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 16-18045SR |

**Addendum to Chapter 13 Plan**

By way of clarification of the Amended Plan:

The total funding of the Confirmed Chapter 13 Plan shall be $52,896.00.

Date: September 14th, 2017

/s/ Brad J. Sadek, Esq.
1315 Walnut Street
#502 Philadelphia,
PA 19107