Certificate Number: 03088-PAE-DE-028752155

Bankruptcy Case Number: 16-18045



03088-PAE-DE-028752155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 12, 2017</u>, at <u>6:02</u> o'clock <u>PM CST</u>, <u>Susan M Poland</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 12, 2017</u>                By:  <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>