**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                               **CASE NO.: 16-18045-jkf**
                                                                                **CHAPTER 13**

**Susan M. Poland,**

    **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                      RAS Citron, LLC
                                      Authorized Agent for Secured Creditor
                                      130 Clinton Road, Suite 202
                                      Fairfield, NJ 07004
                                      Telephone: 973-575-0707
                                      Facsimile: 973-404-8886
                                      By: /s/Cristina DiGiannantonio
                                      Cristina DiGiannantonio
                                      Email: cdigiannantonio@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET  SUITE 502
PHILADELPHIA, PA 19107

SCOTT WATERMAN
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET SUITE 500
PHILADELPHIA, PA 19107

SUSAN M. POLAND
9242 B JAMISON AVENUE
PHILADELPHIA, PA 19115

    RAS Citron, LLC
    Authorized Agent for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone: 973-575-0707
    Facsimile: 973-404-8886
    By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio
    Email: cdigiannantonio@rascrane.com