United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18045-jkf
Susan M. Poland                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2          Date Rcvd: Apr 24, 2019
                            Form ID: 138NEW          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
```
db          +Susan M. Poland,    9242 B Jamison Avenue,    Philadelphia, PA 19115-4281
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13824909    +Barclays Bank Delaware,    P.O. Box 8801,    Wilmington, DE 19899-8801
13831671    +Bayview Loan Srving LLC,    c/o Celine P. DerKrikorian, Esq.,    123 S. Broad St., Ste. 1400,
              Phila., PA 19109-1060
13824911    +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9400,    Wilkes Barr, PA 18773-9400
14283458    +Ditech Financial LLC,    c/o RAS CITRON, LLC,    BANKRUPTCY DEPARTMENT,
              130 CLINTON ROAD, SUITE 202,    FAIRFIELD, NJ 07004-2927
13834670    +Ditech Financial LLC,    c/o Denise Carlon, Esq.,    KML Law Group PC,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
13824913    +McCabe Weisberg & Conway, PC,    123 South Broad Street,    Ste 2080,
              Philadelphia, PA 19109-1031
13824916    +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
13835602    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13824917    +Santander Bank N.A.,    865 Brook St,    Rocky Hill, CT 06067-3444
13841228    +Santander Bank, N.A.,    601 Penn Street,    MC: 10-6438-FB7,    Reading, PA 19601-3563
13824918   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,     P.O. Box 8026,    Cedar Rapids, IA 52408)
13845954    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:28     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2019 02:29:06
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2019 02:29:24     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:59     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13824910    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:30:10     Capital One,
             P.O. Box 30285,    Salt Lake City, UT 84130-0285
13824912    +E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2019 02:28:59     Ditech,    Attn: Bankruptcy,
             P.O. Box 6172,    Rapid City, SD 57709-6172
13882775     E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2019 02:28:59
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13899781    +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2019 02:29:14     MIDLAND FUNDING LLC,
             PO BOX 2011,    WARREN, MI 48090-2011
13907280     E-mail/PDF: pa_dc_claims@navient.com Apr 25 2019 02:30:00
             Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
             Wilkes-Barre, PA 18773-9635
13824914    +E-mail/PDF: cbp@onemainfinancial.com Apr 25 2019 02:30:09     Onemain Financial,
             6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
13824915    +E-mail/PDF: cbp@onemainfinancial.com Apr 25 2019 02:30:19     Onemain Financial/Citifinancial,
             6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
13920516     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:30:00
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13873022    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:30:00
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Apr 24, 2019
                              Form ID: 138NEW             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BRAD J. SADEK    on behalf of Debtor Susan M. Poland brad@sadeklaw.com,  bradsadek@gmail.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Susan M. Poland
       Debtor(s)

Bankruptcy No: 16–18045–jkf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                  Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                     For The Court
                                     Timothy B. McGrath
                                     Clerk of Court

Dated: 4/24/19

                                       54 – 53
                                     Form 138_new